# Nexo Loyalty Levels

Your Loyalty Level is based on the ratio of NEXO Tokens to the other assets in your account.

| | Base<br>Less than 1%<br>NEXO Tokens in Portfolio | Silver<br>1% – 5%<br>NEXO Tokens in Portfolio | Gold<br>5% – 10%<br>NEXO Tokens in Portfolio | Platinum<br>At least 10%<br>NEXO Tokens in Portfolio |
|---|---|---|---|---|
| Borrow Interest Rate | 13.9% | 12.9% | 8.9% | 6.9% |
| Cryptocurrencies Savings Interest Rate | 4%  +2% | 4.25%  +2% | 4.5%  +2% | 5%  +2% |
| Fiat currencies Savings Interest Rate | 4%  +2% | 4.25%  +2% | 5%  +2% | 6%  +2% |
| Stablecoins Savings Interest Rate | 8%  +2% | 8.25%  +2% | 9%  +2% | 10%  +2% |
| NEXO Savings Interest Rate | 7% | 7% | 7% | 7% |
| Free Crypto Withdrawals per Month | 1 | 2 | 3 | 5 |
| Governance | ✓ | ✓ | ✓ | ✓ |
| | UNLOCKED | UNLOCKED | CURRENT | Buy ▮▮▮ NEXO to upgrade → |