Tuesday, February 21, 2023 at 14:44:14 Eastern Standard Time

**EXHIBIT 3**



**From:** Nexo Support <support@nexo.io>
**Sent:** Wednesday, January 18, 2023 2:15 PM
**To:** Vera, Onelia <onelia.vera@takeda.com>
**Subject:** Action Required: Changes to Nexo's Services Effective Jan 20



# Changes to Nexo's Services, Effective Jan 20

Dear Onelia,

As a resident of Florida, we would like to inform you that Nexo will be discontinuing its Exchange Service in your state as well as the issuance of **new** crypto-backed credit lines effective **January 20, 2023, at 10:00 EST/ 9:00 CST** in line with our gradual departure from the US market.

## Nexo Exchange

As a result, you should **exchange any limited crypto assets you hold** on Nexo **by that date**. We also encourage you to transfer any Nexo Pro and Nexo Prime balances back to your Nexo account.

The limited crypto assets can be swapped through the **'Trade'** button on the Nexo app dashboard or the '**Exchange**' tab. Due to their nature, swapping them for any other non-limited asset will allow you to safely store and utilize them even after January 20, which is why we strongly urge you to take the above course of action.

Limited assets include **RUNE, SOL, AVAX, FTM, ATOM, KSM, NEAR, LUNA2, USTC, OP, ETHW, GMX, APT, OSMO, and FLR**.

## New Crypto Credit Lines

Additionally, starting on January 20, 2023, at 10:00 EST/ 9:00 CST, we will no longer issue new Instant Crypto Credit Lines in your state.

> The crypto-backed credit lines you already have will not be affected. **Open credit lines do not require any action** as repayments will remain fully operational at any time.

## If you are not located in Florida

If you believe that your account has wrongfully been flagged as based in Florida, you must update your verification details by providing a document from the list below as soon as possible. We advise you send the document(s) as a reply to this email. Alternatively, you can send the required information to kyc@nexo.io using the email address registered on your Nexo account:

- A bank statement or credit/debit card statement
- A utility bill

- Your most recent tax return (issued within 2022 - 2023)

- A current tenancy agreement

- An insurance statement

All acceptable supporting documents except the tax return form, as indicated above, should be dated within the past three months and should show your residential address along with your name.

We apologize for any inconvenience this may cause and hope that we will be able to provide our full range of services in your state at some point in the future. Please contact us if you have any questions.

We thank you for your ongoing trust and support.

Stay ahead,
The Nexo Team

ISO 27001:2013
Security Compliant

Licensed & Regulated
Digital Assets Institution

Assets Audited
by Armanino

This email is not financial advice and any investment decision you make is solely your responsibility. Nexo accepts no liability for consequences of any actions taken on the basis of the information provided, including for any damages suffered by the recipient.

Digital Assets are not money or legal tender, are not backed by the government or by a central bank, and most do not have any underlying assets, revenue stream, or another source of value. Nexo Accounts are not subject to any governmental insurance protection (including FDIC or SIPC), nor are they covered by any compensation scheme (including FSCS).

© 2023 Nexo

This email was sent by: Nexo
. Sofia, Sofia, 1000, Profile center.

The content of this email and of any files transmitted may contain confidential, proprietary or legally privileged information and is intended solely for the use of the person/s or entity/ies to whom it is addressed. If you have received this email in error you have no permission whatsoever to use, copy, disclose or forward all or any of its contents. Please immediately notify the sender and thereafter delete this email and any attachments.