**EXHIBIT 5**

| | |
|---|---|
| **Subject:** | FW: Important: Add Funds to Your Nexo Wallet to Avoid Automatic Repayments |
| **Date:** | Friday, August 19, 2022 at 2:10:49 PM Eastern Daylight Time |
| **From:** | Vera, Onelia |
| **To:** | Jonathan Schwartz, Esq. |
| **Attachments:** | ~WRD4042.jpg |

**From:** Vera, Onelia
**Sent:** Thursday, August 18, 2022 6:36 PM
**To:** jschartz@jonschwaertzlaw.com
**Subject:** FW: Important: Add Funds to Your Nexo Wallet to Avoid Automatic Repayments

**From:** Nexo <noreply@nexo.io>
**Sent:** Sunday, June 12, 2022 11:09 PM
**To:** Vera, Onelia <onelia.vera@takeda.com>
**Subject:** Important: Add Funds to Your Nexo Wallet to Avoid Automatic Repayments

Transfer additional assets now to avoid automatic liquidation. —

**Assets at Risk of Liquidation**

Dear Onelia,

The market is experiencing high volatility levels and the value of your collateral has decreased and your loan-to-value ratio has exceeded **74.07%**.

Please be advised that if the loan-to-value ratio increases to **83.33%**, we will initiate partial loan repayments automatically.

We urge you to transfer additional assets to your Nexo Wallet to improve your loan-to-value ratio and avoid automatic liquidations.

Make sure you choose higher network/miner fees to ensure fast

confirmation of your transfers.

**Top Up Account**

You must maintain a healthy loan-to-value (LTV) with respect to your outstanding credit line at all times. This is a protection mechanism for you that limits your exposure and any automatic repayments that may occur.

> To avoid further crypto price risk, we recommend you to add stablecoins to your Nexo Account as they offer the best protection for the good standing of your credit line.

To preserve the value of your collateralized assets during a market downturn, you can use the Collateral Exchange feature, allowing you to convert negative trending assets into more stable ones and to improve the health of your credit line in a matter of seconds.

You can also use our Unlock Fixed Terms feature, to automatically unlock any Fixed Terms and start collateralizing those assets to prevent automatic repayments.

We thank you for your timely actions.

Stay ahead,
The Nexo Team



### Maximum Security for Your Digital Assets

The security of the assets held in your Nexo account is guaranteed by our comprehensive insurance, a real-time audit conducted by Armanino and numerous licenses and registrations worldwide.

[Buy Crypto](#) • [Earn Interest](#) • [Borrow Cash & Stablecoins](#)



[ISO 27001:2013 Compliant](#)    [Licensed & Regulated Digital Assets Institution](#)    [Audited by Armanino](#)

This email is not financial advice and any investment decision you make is solely your responsibility. Nexo accepts no liability for consequences of any actions taken on the basis of the information provided, including for any damages suffered by the recipient.

Digital Assets are not money or legal tender, are not backed by the government or by a central bank, and most do not have any underlying assets, revenue stream, or another source of value. Nexo Accounts are not subject to any governmental insurance protection (including FDIC or SIPC), nor are they covered by any compensation scheme (including FSCS).

© 2022 Nexo

The content of this email and of any files transmitted may contain confidential, proprietary or legally privileged information and is intended solely for the use of the person/s or entity/ies to whom it is addressed. If you have received this email in error you have no permission whatsoever to use, copy, disclose or forward all or any of its