UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-60346-RS

ONELIA ANN VERA, an individual; and
PERRY KENT LITTRELL, JR., an individual,

    Plaintiffs,

v.

NEXO FINANCIAL LLC, a Delaware limited
liability company; and NEXO INC., a Cayman
Islands corporation; and NEXO CAPITAL, INC.,
a Cayman Islands corporation,

    Defendants.
_____/

### ORDER OF DISMISSAL

This matter is before the Court upon Plaintiff's Voluntary Dismissal with Prejudice [DE 22]. Accordingly, it is hereby,

**ORDERED** that:

1. This matter is **DISMISSED with prejudice**.

2. All pending motions are **DENIED as moot**.

3. Each party shall bear its own attorneys' fees and costs.

4. This case is **CLOSED**.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 2nd day of August, 2023.

                              RODNEY SMITH
                              UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record